(Counsel listed on next page)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO COURTHOUSE

| | |
|---|---|
| ROY HUSKEY, III, and SABRINA DENNIS on behalf of themselves and all others similarly situated, | Case No:  2:20-cv-01869-WBS-DB |
| Plaintiffs, | **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT SYNCTRUCK LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** |
| v. | Current Response Date: November 25, 2020 |
| AMAZON.COM, AMAZON LOGISTICS, INC., and SYNCTRUCK, LLC, | New Response Date: December 15, 2020 |
| Defendants. | Complaint Filed:     September 18, 2020 |

1

FP 39156993.1

**SCHNEIDER WALLACE COTTRELL KONECKY LLP**

Carolyn H. Cottrell (SBN 166977)

2000 Powell Street, Suite 1400

Emeryville CA 94608

Telephone: 415-421-7100

Facsimile: 415-421-7105

Ccottrell@schneiderwallace.com


**BERGER MONTAGUE PC**

Sarah R. Schalman-Bergen, admitted pro hac vice

Krysten Connon, admitted pro hac vice

Camille Fundora Rodriguez, pro hac vice forthcoming

Michaela Wallin, pro hac vice forthcoming

1818 Market Street, Suite 3600

Philadelphia, PA 19103

Telephone: (215) 875-3000

Facsimile: (215) 875-4604

sschalman-bergen@bm.net

kconnon@bm.net

crodriguez@bm.net

mwallin@bm.net


Attorneys for Plaintiffs

ROY HUSKEY and SABRINA DENNIS
and the PROPOSED COLLECTIVE and CLASS

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT SYNCTRUCK LLC

TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT

FP 39156993.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALDEN J. PARKER, SBN 196808

Email: aparker@fisherphillips.com

CHRISTOPHER S. ALVAREZ, SBN 294795

Email: calvarez@fisherphillips.com

FISHER & PHILLIPS LLP

621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

Attorneys for Defendant

SYNCTRUCK LLC

3

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT SYNCTRUCK LLC

TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT

FP 39156993.1

Pursuant to Local Rule 144(a), Defendant SYNCTRUCK LLC ("Synctruck") and Plaintiffs ROY HUSKEY, III, and SABRINA DENNIS (collectively, "Plaintiffs"), by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, on September 18, 2020, Plaintiffs filed their Complaint in this matter;

WHEREAS, on October 7, 2020, Synctruck was served with Plaintiffs' Complaint;

WHEREAS, on October 27, 2020, Synctruck filed a stipulation extending the deadline for Synctruck to file a responsive pleading to November 25, 2020;

WHEREAS, Synctruck seeks additional time to continue investigating the claims at issue in the Complaint and to evaluate the prospects for early resolution of this case, which would conserve party and judicial resources; and filed a stipulation to extend the deadline for Synctruck to file a responsive pleading to Plaintiffs' Complaint to November 25, 2020;

WHEREAS, the Parties agreed to mediate the matter on November 20, 2020;

WHEREAS, the Parties seek additional time to evaluate the prospects for early resolution of this case, which would conserve party and judicial resources;

WHEREAS, Plaintiffs and Synctruck have agreed that this deadline for Synctruck to file a responsive pleading in this case should be extended to December 15, 2020.

///
///
///
///
///
///
///
///
///
///
///
///

///
///
///
///
///

///
///
///

---

4

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record, that Synctruck has until December 15, 2020 to file a response to Plaintiffs' Complaint.

IT IS SO STIPULATED:

Dated:  November 23, 2020

BERGER MONTAGUE PC

*/s/ Sarah Schalman Bergen*

*[as authorized on 11/23/20]*

By:  _____

SARAH R. SCHALMAN-BERGEN,
admitted pro hac vice

KRYSTEN CONNON,
admitted pro hac vice

Attorneys for Plaintiffs
ROY HUSKEY, III and SABRINA DENNIS

Dated:  November 23,  2020

FISHER & PHILLIPS LLP

*/s/ Christopher S. Alvarez*

By:  _____

ALDEN J. PARKER
CHRISTOPHER S. ALVAREZ

Attorneys for Defendant
SYNCTRUCK LLC

///

///

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT SYNCTRUCK LLC

TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT

FP 39156993.1

1

2

**ORDER**

3

Pursuant to the foregoing stipulation, and good cause appearing thereof, IT IS SO ORDERED.

4

Dated:  November 24, 2020

5

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT SYNCTRUCK LLC

TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT

FP 39156993.1