UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO COURTHOUSE

| | |
|---|---|
| ROY HUSKEY, III, and SABRINA DENNIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM, LLC, AMAZON LOGISTICS, INC. and SYNCTRUCK, LLC,<br><br>Defendants. | Case No. 2:20-cv-01869-WBS-DB<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS AMAZON.COM, LLC, AMAZON LOGISTICS, INC. AND SYNCTRUCK, LLC TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Current Response Date: January 15, 2021<br>New Response Date: February 15, 2021<br><br>Action Filed: September 16, 2020 |

# ORDER

Based on the Parties' Joint Stipulation to Extend Time for Defendants to Respond to Plaintiffs' Complaint, and good cause having been shown, the Court orders that:

1. The deadline for Defendants Amazon.com, LLC, Amazon Logistics, Inc., and Synctruck, LLC to file and serve a response to Plaintiffs' Complaint shall be extended from January 15, 2021 to February 15, 2021;

2. The parties' deadline to submit a Joint Status Report shall be continued from February 1, 2021 to March 1, 2021; and

3. The Status Conference shall be continued from February 16, 2021 to March 15, 2021 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:  January 14, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE