UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO COURTHOUSE

| | |
|---|---|
| ROY HUSKEY, III, and SABRINA DENNIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM, LLC, AMAZON LOGISTICS, INC. and SYNCTRUCK, LLC,<br><br>Defendants. | Case No. 2:20-cv-01869-WBS-DB<br><br>**ORDER VACATING EXISTING CASE DEADLINES IN LIGHT OF SETTLEMENT**<br><br>Action Filed: September 16, 2020 |

**ORDER**

Based on the Parties' Joint Stipulation to Vacate Existing Case Deadlines in Light of Settlement, and good cause having been shown, the Court orders that:

1. The deadline for Defendants Amazon.com, LLC, Amazon Logistics, Inc., and Synctruck, LLC to respond to Plaintiffs' Complaint – currently set for February 15, 2021 – shall be vacated;

2. The Status Conference scheduled for March 15, 2021 is continued to **May 24, 2021 at 1:30 pm**; and

3. The Parties shall submit a joint status report to the Court concerning the status of settlement no later than **May 10, 2021** if settlement has not been finalized and the case dismissed by that date.

**IT IS SO ORDERED.**

Dated: February 16, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE