UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO COURTHOUSE

| | |
|---|---|
| ROY HUSKEY, III, and SABRINA DENNIS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, AMAZON LOGISTICS, INC., and SYNCTRUCK, LLC,<br><br>Defendants. | Case No: 2:20-cv-01869-WBS-DB<br><br>**ORDER CONTINUING STAY OF CASE DEADLINES IN LIGHT OF SETTLEMENT**<br><br>Complaint Filed: September 16, 2020 |

## **ORDER**

Based on the Parties' Joint Stipulation to Vacate Existing Case Deadlines in Light of Settlement, Joint Status Report re: Status of Settlement filed on May 10, 2021 and good cause having been shown, the Court orders that:

1. The May 24, 2021 Status Conference is vacated;

2. All court deadlines remain stayed; and

3. The Parties shall submit a Notice of Settlement or similar notice to this Court within five (5) days of the granting preliminary approval of the consolidated settlement in *Brown, et al. v. Synctruck, LLC, et al.*, Contra Costa County Superior Court Case MSC18-02499.

4. If the Superior Court does not approve the settlement, counsel shall inform this court

1
ORDER CONTINUING STAY OF CASE DEADLINES IN LIGHT OF SETTLEMENT
FP 39247049.1

within five (5) days and take the necessary steps to place this case back on calendar for status conference.

**IT IS SO ORDERED.**

Dated: May 11, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE